UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

v.

DAVID L. SEXTON, in his individual and representative capacity as Trustee -- David Sexton 2007 Revocable Trust; RIVER CITY GLASS, INC., a California Corporation; and Does 1-10,

        Defendants.

Case: 2:14-CV-02477-JAM-KJN

**ORDER**

## <u>ORDER</u>

Pursuant to F.R.CIV.P.41(a)(1), and the parties stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 2/17/2016      /s/ John A. Mendez_____
                    HONORABLE JOHN A. MENDEZ
                    UNITED STATES DISTRICT COURT JUDGE